[No. 58514-2-I.   Division One.   July 30, 2007.]

PAUL MATTHEWS, *Appellant*, v. THE DEPARTMENT OF TRANSPORTATION, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 05-2-08663-7, Charles W. Mertel, J., entered June 8, 2006. *Affirmed* by unpublished opinion per Agid, J., concurred in by Ellington and Dwyer, JJ.

[No. 58516-9-I.   Division One.   July 30, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. WILLIAM BARD CARN, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 06-1-00304-1, Ellen J. Fair, J., entered May 26, 2006. *Dismissed* by unpublished per curiam opinion.

[No. 58519-3-I.   Division One.   July 30, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. DONALD H. METZ, JR., *Appellant*.

Appeal from a judgment of the Superior Court for Skagit County, No. 05-1-00269-6, Dave Needy, J., entered June 8, 2006. *Affirmed* by unpublished per curiam opinion.

[No. 58566-5-I.   Division One.   July 30, 2007.]

XUE XIA YANG, *Respondent*, v. JULIANA W. SHAN ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 05-2-40758-1, Sharon S. Armstrong, J., entered June 26, 2006. *Affirmed* by unpublished per curiam opinion.